**No. 09-8973. Raleigh Duane Leftwich, Petitioner v. Georgia.**

559 U.S. 1019, 130 S. Ct. 1913, 176 L. Ed. 2d 386, 2010 U.S. LEXIS 2515.

March 22, 2010. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

Same case below, 299 Ga. App. 392, 682 S.E.2d 614.